IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHIQUAN DIAMONTE SHENETT, | : : | |
| Plaintiff, | : : | |
| V. | : : : | NO. 5:24-cv-00344-CAR-ALS |
| WARDEN ANGELA PHAM, *et al.*, | : : : | |
| Defendants. | : : : | |

## ORDER OF DISMISSAL

Plaintiff Shiquan Diamonte Shenett, a prisoner in Wheeler Correctional Facility in Alamo, Georgia, filed a complaint under 42 U.S.C. § 1983. ECF No. 1. He also moved for leave to proceed in this action *in forma pauperis*. ECF Nos. 3, 5, & 7. Thereafter, Plaintiff's motion to proceed *in forma pauperis* was granted, and he was ordered to pay an initial partial filing fee of $21.10. ECF No. 8. Plaintiff was given fourteen days to pay the initial partial filing fee and was cautioned that his failure to do so could result in the dismissal of this case. *Id.*

More than fourteen days passed following entry of that order, during which Plaintiff did not pay the initial partial filing fee or otherwise respond to the order. Accordingly, Plaintiff was ordered to show cause to the Court why this case should not be dismissed based on his failure to pay the initial partial filing fee. ECF No. 9. Plaintiff was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have now passed since the show cause order was entered, and Plaintiff has not responded to that order. Thus, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute his case, this action is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 24th day of February, 2025.

s/ C. Ashley Royal  
C. ASHLEY ROYAL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT