IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHIQUAN DIAMONTE SHENETT, | * |
| Plaintiff, | * |
| v. | Case No.   5:24-cv-00344-CAR-ALS |
| | * |
| WARDEN ANGELA PHAM et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 24, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 24th day of February, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk